No. 99–1356. LEVY ET UX. *v.* SWIFT TRANSPORTATION CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1373. FOWLER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 99–1381. KOBAYASHI *v.* SPENCER ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1385. LODERMEIER *v.* DOOLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–1398. MALOWNEY *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 99–1402. ROBINSON ET AL. *v.* DISTRICT OF COLUMBIA BOARD OF ZONING ADJUSTMENT ET AL. Ct. App. D. C. Certiorari denied.

No. 99–1432. ORTIZ-MIRANDA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–1433. COLON-MUNOZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–1452. DANIELE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–1454. SAVAGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–1458. GLASSMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 99–1461. BLAKENEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–1467. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7177. WARD *v.* TRENT, WARDEN. C. A. 4th Cir. Certiorari denied.